354 U.S. 925, 77 S.Ct. 1378

**UNITED PRESS ASSOCIATIONS, a Corporation, petitioner, v. Sidney Dean CHARLES, Paul S. Charles, Patricia Charles et al. No. 948.**

Supreme Court of the United States.
June 17, 1957.

John Dimond, for petitioner.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

Denied.